Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1975 | **DATE** | 10/3/2001 |
| **CASE TITLE** | Top Rank, Inc. Vs. JRS Hideout, Inc. etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant Darlene Cole Conley filed a motion to dismiss. Because she included various materials outside the complaint we treated it as a motion for summary judgment. The motion for summary judgment is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | OCT 0 4 2001 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | docketing deputy initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | |
| WAH | courtroom deputy's initials | 01 OCT -4 AM 8:09 date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TOP RANK, INC., a Nevada corporation,

    Plaintiff,

vs.

No. 00 C 1975

JRS HIDEOUT, INC., a dissolved Illinois corporation d/b/a LA Hideout, and REYNALDO FROYLAN, DARLENE COLE CONLEY and VICKI PHILLIPS,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Defendant Darlene Cole Conley filed a motion to dismiss. Because she included various materials outside the complaint we treated it as a motion for summary judgment and asked plaintiff to respond. Plaintiff did so, including an exhibit, a copy of a liquor license that purportedly is signed by Darlene Cole Conley as the corporation owner. That is enough to defeat the motion and to permit plaintiff to take Conley's deposition to test her affidavit and to seek an explanation of the liquor license. The motion for summary judgment is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

Oct. 3, 2001.

**DOCKETED**
OCT - 4 2001

